UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **FRANCIS GERALD HALL,** | |
|             **Appellant** | |
| v. | Docket No. 14-1257 |
| **SHAWN R. EFIMENCO,** | |
|             **Appellee** | |

## CONSENT MOTION FOR AN EXTENSION
## OF THE BRIEFING SCHEDULE

COMES NOW APPELLANT, Francis Hall, by counsel and moves this Honorable Court for a thirty day extension of the briefing schedule. Counsel for Appellee has stated his consent to the relief requested herein.

The Brief of Appellant and Joint Appendix are presently due on May 5, 2014. Appellant's counsel Patricia Smith has a summary judgment motion and brief due that same day in a case filed in North Carolina, where the schedule has been set since last summer. <u>Buser v. Prudential Insurance and Eckerd Corporation</u>, Docket No. 5:12cv 755 (E.D. N.C.).

The requested 30 day extension would change the existing briefing schedule to the following:

| | |
|---|---|
| Brief of Appellant and Joint Appendix | June 5, 2014 |
| Brief of Appellee | July 7, 2014 |
| Reply Brief | July 21, 2014 |

WHEREFORE, for the foregoing reasons Appellant prays this Court grant the relief requested.

Respectfully submitted,

/s/ Patricia A. Smith

_____
PATRICIA A. SMITH, Va. Bar # 26090
LAW OFFICES OF PATRICIA A. SMITH
500 Montgomery Street, Suite 400
Alexandria, Va. 22314
(703) 548-3774
Fax: (703) 859-7640
email: pasmithaty@aol.com


DALE EDWIN SANDERS
Va. Bar 17103
218 N. Lee Street
Alexandria, VA 22314
(703) 837-1650
Fax: (703) 837-1620
Email: dalesanders@sanders.org

Counsel for Appellant


## CERTIFICATE OF SERVICE

    I hereby certify that on the 10th day of April 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

        Alexander Francuzenko
        Cook, Craig & Francuzenko PLLC
        3050 Chain Bridge Road
        Suite 200
        Fairfax, Va. 22030
        Alex@cookcraig.com


/s/ Patricia A. Smith

_____
PATRICIA A. SMITH